## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **LINSEY RIDGDELL** | § | **PLAINTIFF** |
| | § | |
| | § | |
| **v.** | § | **Civil No. 1:18CV373-HSO-JCG** |
| | § | |
| | § | |
| **ALLSTATE INSURANCE COMPANY;** | § | |
| **J, K, and/or L,** *any insurance company* | § | |
| *or other entity which provides* | § | |
| *uninsured or underinsured motorist* | § | |
| *benefits to Plaintiff, all of whose names* | § | |
| *and legal addresses are presently* | § | |
| *unknown to the Plaintiff but will be* | § | |
| *substituted when ascertained,* | § | |
| *separately and severally* | § | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action

is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 27th day of September, 2019.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE